# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL EVERETT

NO. 2022 KW 0472

**AUGUST 2, 2022**

---

In Re:    Michael Everett, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 03-18-0432.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

    **WRIT DENIED.**

                                                      JMM
                                                      MRT
                                                      WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT